**Abdul HAMID, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 00–71493.

INS No. A70–095–823.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2002 *.

Decided Jan. 24, 2002.

Before KLEINFELD, HAWKINS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Abdul Hamid, a native and citizen of Pakistan, appeals from the Board of Immigration Appeals' ("BIA") decision denying his motion to reopen. Because the transitional rules apply, this court has jurisdiction under 8 U.S.C. § 1105a(a). *See Socop–Gonzalez v. INS*, 272 F.3d 1176, 1183 (9th Cir.2001) (en banc). We review for an abuse of discretion the BIA's denial of a motion to reopen, *id.* at 1187, and we deny the petition.

Because Hamid filed his motion to reopen past the 90–day deadline set forth in 8 C.F.R. § 3.2(c)(2) (2000), and has advanced no argument for equitable tolling, the BIA properly denied his motion as untimely. *See Socop–Gonzalez*, 272 F.3d at 1193.

Hamid's contentions on appeal lack merit. *See Ram v. INS*, 243 F.3d 510 (9th Cir.2001).

PETITION FOR REVIEW DENIED.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.